JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **FAOUR ABDALLAH FRAIHAT,** | ) | **NO. ED CV 17-1417-VAP (KS)** |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **DHS-ICE Officer in Charge,** | ) | |
| Defendant.. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 3, 2018

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1